AO 91(Rev.5/85) Criminal Complaint

# United States District Court



ORIGINAL

FILED

MAR 23 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

**JAMES KIM**
**REG#: 26850-112**

## CRIMINAL COMPLAINT

CASE NUMBER: **17 MJ00631**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   On or about March 3, 2017, in Los Angeles County, in the Central District of California defendant JAMES KIM ("KIM") did escape from the custody of the United States Attorney General, in violation of Title 18 United States Code, Section 751.   I further state that I am a Deputy United States Marshal and that this complaint is based on the following facts:

On or about March 3, 2017, Steve Langford, Warden at the Federal Correctional Complex Lompoc ("FCC Lompoc"), told the United States Marshals Service ("USMS") that KIM had escaped from FCC Lompoc, which is located at 3600 Guard Road, Lompoc, California 93436.   KIM is described as an Asian male, United States citizen, born April 20, 1960, measuring approximately 5 feet, 7 inches tall, weighing approximately 150 pounds, with black hair and brown eyes.

I reviewed Federal Bureau of Prisons and court records which indicate that on July 22, 2013, in the United States District Court for the District of Hawaii, Case Number 1:13-CR-00303-001, KIM was sentenced to a term of 168 months' imprisonment and 60 months' supervised release after having been convicted of Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Section 841.   KIM was scheduled to be released from the FCC Lompoc in approximately 2027.

I have further been informed that on March 3, 2017 at 4:00 PM, KIM walked off the facility premises with his personal effects.   KIM failed to return and had no authorized pass.   FCC Lompoc staff conducted standard procedures to locate KIM, namely, by inquiring with local law enforcement and hospitals.   Their inquiries produced no results.   On March 3, 2017, KIM was placed on escape status.   On March 21, 2017, federal agents found and arrested KIM in Hawaii.

Continued on the attached sheet and made a part hereof:      ☐ Yes  ☒ No

Sworn to before me and subscribed in my presence,

_Signature of Complaint_
Job Gudino
Deputy U.S. Marshal

March 22, 2017
Date

at Los Angeles, California
City and State

_3/23/17_

Honorable Michael R. Wilner, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer